IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SANDRA HUTTER,

            *Plaintiff*,

   v.

SCHEDULE A DEFENDANTS,

            *Defendant*.

Civil Action No. 2:26-cv-263

Hon. William S. Stickman IV

## HEARING MEMO

HEARING HELD:  Injunction Hearing
DATE HEARING HELD:  March 3, 2026
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:
Stanley Ference, III, Esquire

Appearing for Defendants:
none

Hearing began at 12:03 p.m.

Hearing concluded at 12:19 p.m.

Stenographer:  Amanda Williamson

OUTCOME:

For the reasons set forth on the record, the Motion for Preliminary Injunction (ECF No. 21) is

granted.

The appropriate order will follow.